IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN MICHAEL LUEDTKE,

    Defendant.

4:21CR3138

**ORDER**

After communication with counsel,

    IT IS ORDERED:

1) Defendant's e-mail motion to reconsider continuing the suppression hearing, (Filing No. 41), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (Filing No. 31), will be held before the undersigned magistrate judge on November 2, 2022 at 9:00 a.m. in Courtroom #2, United States Courthouse, 100 Centennial Mall N., Lincoln, Nebraska. Two hours have been set aside for this hearing.

September 1, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge